**STATE of Missouri, Respondent,**

v.

**Michael L. SHEPHERD, Appellant.**

**No. WD 54064.**

Missouri Court of Appeals,
Western District.

April 14, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 2, 1998.

James F. Crews, Tipton, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

Michael L. Shepherd appeals from the judgment of the Circuit Court of Cooper County of his conviction and sentence of assault in the first degree, § 565.050 RSMo 1994.

Affirmed. Rule 30.25(b).